ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    -v.-                          :     ORDER

HECTOR DELGADO,                   :     S4 06 Cr. 518 (SHS)
   a/k/a "Compi,"
DANIEL GUERRERO,                  :
   a/k/a "El Grande,"
RAMCN FABRE,                      :
   a/k/a "Justo Armand-Roman,"
   a/k/a "R,"                     :
JUAN PABEL FERNANDEZ-DISLA,
JERLYN GUERRERO, and              :
GILBERTO MORALES,
   a/k/a "Pelon,"                 :

        Defendants.           :

------------------------------------x

      Upon the application of the United States of America, and for good cause shown, it is hereby

      ORDERED that Indictment S4 06 Cr. 518 (SHS) in the above-captioned matter, which has heretofore been sealed, shall be and hereby is unsealed only for the limited purpose of permitting the United States to serve a Request for Extradition of Hector Delgado and a related provisional arrest request upon the Republic of Mexico and so that international law enforcement officials may obtain and use the Indictment and arrest warrant in this matter for any legitimate law enforcement purpose.

Dated: New York, New York
       June 20, 2007

                              _____
                              THE HONORABLE DOUGLAS F. EATON
                              UNITED STATES MAGISTRATE JUDGE