UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :     **ORDER**

       -v.-                         :
                                            S4 06 Cr. 518 (SHS)
HECTOR DELGADO,                     :
    a/k/a "Compi,"
                                          :

           Defendant.           :

- - - - - - - - - - - - - - - - x

       Upon application of the United States of America, by and through Assistant United States Attorney Eugene Ingoglia, it is hereby ORDERED that Indictment S4 06 Cr. 518 (SHS), which was filed under seal on or about September 25, 2006, be and hereby is unsealed.

SO ORDERED.

Dated:    New York, New York
           June __, 2008

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/18/08]