UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  :

   -v-                                    :   **INDICTMENT**

HECTOR DELGADO,                           :   S4 06 Cr. 518 (SHS)
   a/k/a "Compi,"
DANIEL GUERRERO,                          :
   a/k/a "El Grande,"
RAMON FABRE,                              :
   a/k/a "Justo Armand-Roman,"
   a/k/a "R,"                            :
JUAN PABEL FERNANDEZ-DISLA,
JERLYN GUERRERO, and                      :
GILBERTO MORALES,
   a/k/a "Pelon,"                        :

        Defendants.               :

- - - - - - - - - - - - - - - - - - - x

**ORIGINAL**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # DATE 9/26/06]

## COUNT ONE

The Grand Jury charges:

1. From in or about 2005 through and including in or about May 2006, in the Southern District of New York and elsewhere, HECTOR DELGADO, a/k/a "Compi," DANIEL GUERRERO, a/k/a "El Grande," RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," JUAN PABEL FERNANDEZ-DISLA, JERYLN GUERRERO, and GILBERTO MORALES, a/k/a "Pelon," the defendants, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

    2. It was a part and an object of the conspiracy that HECTOR DELGADO, a/k/a "Compi," DANIEL GUERRERO, a/k/a "El

Grande," RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," JUAN PABEL FERNANDEZ-DISLA, JERYLYN GUERRERO, and GILBERTO MORALES, a/k/a "Pelon," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

### Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a.  On or about April 20, 2006, JERLYN GUERRERO, the defendant, spoke by telephone with DANIEL GUERRERO, a/k/a "El Grande," the defendant.

    b.  On or about April 21, 2006, RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," and JUAN PABEL FERNANDEZ-DISLA, the defendants, met with a co-conspirator not named as a defendant herein ("CC-1").

    c.  On or about May 6, 2006, DANIEL GUERRERO, a/k/a "El Grande," the defendant, spoke by telephone with RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," the defendant.

    d.  On or about May 6, 2006, HECTOR DELGADO, a/k/a "Compi," the defendant, spoke by telephone with a co-conspirator not named as a defendant herein ("CC-2") about the delivery of approximately 115 kilograms of cocaine.

      e.    On or about May 6, 2006, CC-2 received approximately 115 kilograms of cocaine in New Jersey.

      f.    On or about May 10, 2006, in the Bronx, New York, RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," and JUAN PABEL FERNANDEZ-DISLA, the defendants, possessed approximately 6.4 kilograms of mixtures and substances containing a detectable amount of cocaine.

      g.    On or about May 11, 2006, GILBERTO MORALES, a/k/a "Pelon," the defendant, spoke by telephone with CC-2.

      h.    On or about May 11, 2006, GILBERTO MORALES, a/k/a "Pelon," the defendant, met with CC-2 for the purpose of obtaining money.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

    4.    On or about May 10, 2006, in the Southern District of New York, RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," and JUAN PABEL FERNANDEZ-DISLA, the defendants, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); and Title 18, United States Code, Section 2.)

<u>Forfeiture Allegations as to Counts One and Two</u>

5. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, HECTOR DELGADO, a/k/a "Compi," DANIEL GUERRERO, a/k/a "El Grande," RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," JUAN PABEL FERNANDEZ-DISLA, JERYLYN GUERRERO, and GILBERTO MORALES, a/k/a "Pelon," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853 and 970, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

<u>Substitute Asset Provision</u>

6. If any of the above-described forfeitable property, as a result of any act or omission of HECTOR DELGADO, a/k/a "Compi," DANIEL GUERRERO, a/k/a "El Grande," RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," JUAN PABEL FERNANDEZ-DISLA, JERYLYN GUERRERO, and GILBERTO MORALES, a/k/a "Pelon," the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of HECTOR DELGADO, a/k/a "Compi," DANIEL GUERRERO, a/k/a "El Grande," RAMON FABRE, a/k/a "Justo Armand-Roman," a/k/a "R," JUAN PABEL FERNANDEZ-DISLA, JERYLYN GUERRERO, and GILBERTO MORALES, a/k/a "Pelon," the defendants, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 and 970.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR DELGADO,
a/k/a "Compi,"
DANIEL GUERRERO,
a/k/a "El Grande,"
RAMON FABRE,
a/k/a "Justo Armand-Roman,"
a/k/a "R,"
JUAN PABEL FERNANDEZ-DISLA,
JERYLYN GUERRERO, and
GILBERTO MORALES,
a/k/a "Pelon,"

Defendants.

INDICTMENT

S4 06 CR 518 (SHS)

(Title 21, United States Code, Sections 812, 841(a)(1),
(b)(1)(A), 846, and Title 18, United States Code, Section 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.